B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Eastern District of North Carolina - New Bern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Wayco Ham Company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>56-0481556 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>506 North William Street<br>Goldsboro, NC<br>ZIP Code 27530 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Wayne | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 841<br>Goldsboro, NC<br>ZIP Code 27530 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☒ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                        Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Wayco Ham Company |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)           (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)


         _____
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| Wayco Ham Company |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Trawick H. Stubbs, Jr.
Signature of Attorney for Debtor(s)

Trawick H. Stubbs, Jr. 4221
Printed Name of Attorney for Debtor(s)

Stubbs & Perdue, P.A.
Firm Name

PO Box 1654
New Bern, NC 28563

_____
Address

252-633-2700
Telephone Number

July 27, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ George A. Worrell, Jr.
Signature of Authorized Individual

George A. Worrell, Jr.
Printed Name of Authorized Individual

President
Title of Authorized Individual

July 27, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re    Wayco Ham Company

Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 | CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>Fairport, NY 14450 | All real estate, equipment, accounts, accounts receivable, inventory of the Debtor | | 455,143.98<br>(831,123.12 secured)<br>(620,242.69 senior lien) |
| CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 | CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>Fairport, NY 14450 | All real estate, equipment, accounts, accounts receivable, inventory of the Debtor | | 194,652.21<br>(831,123.12 secured)<br>(1,075,386.67 senior lien) |
| On Deck Capital<br>Attn: Mgr., Agt or Officer<br>1400 Broadway, FL 25<br>New York, NY 10018 | On Deck Capital<br>Attn: Mgr., Agt or Officer<br>1400 Broadway, FL 25<br>New York, NY 10018 | | | 155,009.82<br><br>(0.00 secured) |
| CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 | CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>Fairport, NY 14450 | All real estate, equipment, accounts, accounts receivable, inventory of the Debtor | | 29,216.03<br>(831,123.12 secured)<br>(1,270,038.88 senior lien) |
| Villari Food Group, LLC<br>Attn: Manager or Agent<br>P.O. Box 485<br>Warsaw, NC 28398 | Villari Food Group, LLC<br>Attn: Manager or Agent<br>P.O. Box 485<br>Warsaw, NC 28398 | | | 25,850.09 |
| BB&T Bankcard Services<br>Attn: Jack Hayes<br>P.O. Box 1847<br>Wilson, NC 27894 | BB&T Bankcard Services<br>Attn: Jack Hayes<br>P.O. Box 1847<br>Wilson, NC 27894 | | | 22,261.61 |
| Wayne Co. Tax Collector<br>224 E. Walnut Street<br>Goldsboro, NC 27530 | Wayne Co. Tax Collector<br>224 E. Walnut Street<br>Goldsboro, NC 27530 | Ad valorem taxes | | 16,000.00 |
| Ally<br>Attn: Manager or Agent<br>P.O. Box 9001048<br>Louisville, KY 40290-1948 | Ally<br>Attn: Manager or Agent<br>P.O. Box 9001048<br>Louisville, KY 40290-1948 | 2012 Chevrolet Equinox, VIN 1GNALFEK6C1337622 | | 21,011.39<br><br>(13,200.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re    Wayco Ham Company                                                                   Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Johnston County Hams<br>Attn:  Manager or Agent<br>P.O. Box 489<br>Smithfield, NC 27577 | Johnston County Hams<br>Attn:  Manager or Agent<br>P.O. Box 489<br>Smithfield, NC 27577 | | | 7,689.50 |
| Ryder Transportation Services<br>Attn:  Manager or Agent<br>P.O. Box 402366<br>Atlanta, GA 30384-2366 | Ryder Transportation Services<br>Attn:  Manager or Agent<br>P.O. Box 402366<br>Atlanta, GA 30384-2366 | Lease of 2013 Freightliner, VIN 1FVACWDT2DDFB9054 | | 6,012.05 |
| Ally<br>Attn:  Manager or Agent<br>P.O. Box 9001048<br>Louisville, KY 40290-1948 | Ally<br>Attn:  Manager or Agent<br>P.O. Box 9001048<br>Louisville, KY 40290-1948 | 2014 Chevrolet Malibu, VIN 1G11E5SL5EF118925 | | 19,150.65<br><br>(14,100.00 secured) |
| Salem Leasing Corp.<br>Attn:  Manager or Agent<br>P.O. Box 890788<br>Charlotte, NC 28289-0788 | Salem Leasing Corp.<br>Attn:  Manager or Agent<br>P.O. Box 890788<br>Charlotte, NC 28289-0788 | Lease of 2013 Freightliner, VIN1FVACWDT6DHBX2874 | | 4,437.87 |
| BB&T Bankcard Services<br>Attn:  Jack Hayes<br>P.O. Box 1847<br>Wilson, NC 27894 | BB&T Bankcard Services<br>Attn:  Jack Hayes<br>P.O. Box 1847<br>Wilson, NC 27894 | | | 4,169.63 |
| Mega Force Staffing<br>Attn:  Manager or Agent<br>P.O. Box 31351<br>Tampa, FL 33631 | Mega Force Staffing<br>Attn:  Manager or Agent<br>P.O. Box 31351<br>Tampa, FL 33631 | | | 3,829.14 |
| Highland Containers, Inc.<br>Attn:  Manager or Agent<br>P.O. Box 742859<br>Atlanta, GA 30374-2859 | Highland Containers, Inc.<br>Attn:  Manager or Agent<br>P.O. Box 742859<br>Atlanta, GA 30374-2859 | | | 3,554.40 |
| Dillon Provision Co.<br>Attn:  Manager or Agent<br>P.O. Box 427<br>Dillon, SC 29536 | Dillon Provision Co.<br>Attn:  Manager or Agent<br>P.O. Box 427<br>Dillon, SC 29536 | | | 3,233.45 |
| BB&T Bankcard Services<br>Attn:  Jack Hayes<br>P.O. Box 1847<br>Wilson, NC 27894 | BB&T Bankcard Services<br>Attn:  Jack Hayes<br>P.O. Box 1847<br>Wilson, NC 27894 | | | 3,229.13 |
| Tommy's Tubing & Stockinettes<br>Attn:  Manager or Agent<br>628 Wood Street<br>Gibsonville, NC 27249 | Tommy's Tubing & Stockinettes<br>Attn:  Manager or Agent<br>628 Wood Street<br>Gibsonville, NC 27249 | | | 3,223.50 |
| Carolina Ingredients, Inc.<br>Attn:  Manager or Agent<br>1595 Cedar Line Drive<br>Rock Hill, SC 29730 | Carolina Ingredients, Inc.<br>Attn:  Manager or Agent<br>1595 Cedar Line Drive<br>Rock Hill, SC 29730 | | | 2,524.50 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Wayco Ham Company                                          Case No. _____
                          **Debtor(s)**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Masterman's LLP<br>Attn:  Manager or Agent<br>P.O. Box 411<br>Auburn, MA 01501 | Masterman's LLP<br>Attn:  Manager or Agent<br>P.O. Box 411<br>Auburn, MA 01501 | | | 2,261.35 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    July 27, 2015                              Signature    /s/ George A. Worrell, Jr.
                                                                              George A. Worrell, Jr.
                                                                              President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re    Wayco Ham Company
_____ ,
Debtor

Case No. _____

Chapter_____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 522,221.36 | | |
| B - Personal Property | Yes | 4 | 353,136.76 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,520,637.67 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 16,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 163,770.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 875,358.12 | | |
| Total Liabilities | | | | 1,700,408.64 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re   Wayco Ham Company            ,    Case No. _____

                            Debtor

Chapter _____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    Wayco Ham Company                                    ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 508 N. William Street ($657,590 tax value), 510 N. William ($12,360), Parcel #3509077561 located at the corner of William & Vine Streets ($235,210 tax value), 306 Beech Street ($7,350 tax value), 308 Beech Street ($5,250 tax value), 309 Park Avenue ($6,180 tax value) and 311 Park Avenue ($7,000 tax value), Goldsboro, NC (Total tax value-$930,940); Value of debtor's interest is based upon book value | Fee simple | - | 522,221.36 | 1,299,254.91 |

| | | |
|---|---|---|
| Sub-Total > | 522,221.36 | (Total of this page) |
| Total > | 522,221.36 | |

  0   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Wayco Ham Company                                      ,    Case No. _____
                                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Petty cash | - | 200.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account at BB&T, Goldsboro, NC, ending in 0225 | - | 100.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Duke Energy deposit | - | 11,012.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           11,312.00
(Total of this page)

  3   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      Wayco Ham Company                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable (Total $111,517.90; amount shown is anticipated collectible amount) | - | 99,317.90 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | | | Sub-Total > | 99,317.90 |
| | | | (Total of this page) | |

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      Wayco Ham Company                                              ,      Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Chevrolet Kodiak C4500, VIN1GBC4C1G98F409495 | - | 750.00 |
| | | 2007 GMC Yukon, VIN1GKFC13087R391542 | - | 11,500.00 |
| | | 2011 Chevrolet Impala, VIN2G2WF5EK6B1113600 | - | 4,685.00 |
| | | 2012 Chevrolet Equinox, VIN1GNALFEK6C1337622 | - | 13,200.00 |
| | | 2014 Chevrolet Malibu, VIN1G11E5SL5EF118925 | - | 14,100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery and equipment consisting of, but not limited to, slicers, vacuum packaging equipment, ban saws, scales, label makers, aluminum trees | - | 57,514.54 |
| | | Grasselli SL600 w/complete Quick Blade change SLI Q23Q09/221 | - | 25,000.00 |
| | | Supplies used in business (shrink wrap, labels, boxes, packaging, detergent, bleach, etc.) | - | 2,500.00 |

|  | Sub-Total > | 129,249.54 |
|---|---|---|
|  | (Total of this page) | |

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Wayco Ham Company                                          ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | Inventory | - | 113,257.32 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 113,257.32 |
| (Total of this page) | |
| Total > | 353,136.76 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Wayco Ham Company                        ,      Case No. _____
                             **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. xxx-xxxx-x2064 | | | | First lien | | | | | |
| Creditor #: 1<br>Ally<br>Attn:  Manager or Agent<br>P.O. Box 9001048<br>Louisville, KY 40290-1948 | | - | | 2007 GMC Yukon,<br>VIN1GKFC13087R391542 | | | | | |
| | | | | Value $          11,500.00 | | | | 1,854.10 | 0.00 |
| Account No. xxx-xxxx-x0538 | | | | First lien | | | | | |
| Creditor #: 2<br>Ally<br>Attn:  Manager or Agent<br>P.O. Box 9001048<br>Louisville, KY 40290-1948 | | - | | 2012 Chevrolet Equinox, VIN 1GNALFEK6C1337622 | | | | | |
| | | | | Value $          13,200.00 | | | | 21,011.39 | 7,811.39 |
| Account No. xxx-xxxx-x7680 | | | | First Lien | | | | | |
| Creditor #: 3<br>Ally<br>Attn:  Manager or Agent<br>P.O. Box 9001048<br>Louisville, KY 40290-1948 | | - | | 2014 Chevrolet Malibu, VIN 1G11E5SL5EF118925 | | | | | |
| | | | | Value $          14,100.00 | | | | 19,150.65 | 5,050.65 |
| Account No. xxxxx0011 | | | | 1st and 2nd mortgage | | | | | |
| Creditor #: 4<br>CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 | X | - | | All real estate, equipment, accounts, accounts receivable, inventory of the Debtor | | | | | |
| | | | | Value $          831,123.12 | | | | 620,242.69 | 0.00 |

    2    continuation sheets attached

|  | Subtotal | 662,258.83 | 12,862.04 |
|---|---|---|---|
|  | (Total of this page) | | |

B6D (Official Form 6D) (12/07) - Cont.

In re   Wayco Ham Company                                      ,     Case No. _____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. khanley@williamsmullen.com | | | | | | | | |
| Williams Mullen Attn: Kelly C. Hanley 300 North Third Street Suite 420 Wilmington, NC 28401 | | | Representing: CFS-4 I, LLC | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. xxxxx0012 | | | 1st and 2nd mortgage | | | | | |
| Creditor #: 5 CFS-4 I, LLC c/o Midwest Servicing, Inc. Attn.: Manager or Agent 230 CrossKeys Office Park Fairport, NY 14450 | X | - | All real estate, equipment, accounts, accounts receivable, inventory of the Debtor | | | | | |
| | | | Value $                831,123.12 | | | | 455,143.98 | 244,263.55 |
| Account No. xxxxx0013 | | | 1st and 2nd mortgage | | | | | |
| Creditor #: 6 CFS-4 I, LLC c/o Midwest Servicing, Inc. Attn.: Manager or Agent 230 CrossKeys Office Park Fairport, NY 14450 | X | - | All real estate, equipment, accounts, accounts receivable, inventory of the Debtor | | | | | |
| | | | Value $                831,123.12 | | | | 194,652.21 | 194,652.21 |
| Account No. xxxxx0014 | | | 1st and 2nd mortgage | | | | | |
| Creditor #: 7 CFS-4 I, LLC c/o Midwest Servicing, Inc. Attn.: Manager or Agent 230 CrossKeys Office Park Fairport, NY 14450 | X | - | All real estate, equipment, accounts, accounts receivable, inventory of the Debtor | | | | | |
| | | | Value $                831,123.12 | | | | 29,216.03 | 29,216.03 |
| Account No. | | | Debt paid; UCC still on record | | | | | |
| Creditor #: 8 Multivac, Inc. Attn: Manager or Agent 11021 NW Pomona Avenue Kansas City, MO 64153 | | - | | | | X | | |
| | | | Value $                    0.00 | | | | 0.00 | 0.00 |

Sheet _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 679,012.22 | 468,131.79 |

B6D (Official Form 6D) (12/07) - Cont.

In re    Wayco Ham Company                                              ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Debt paid; UCC still on record | | | | | |
| Creditor #: 9 NMHG Financial Svc. Attn: Manager or Agent P.O. Box 35701 Billings, MT 59107-5701 | - | | | | | | | X | | |
| | | | | | Value $              0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | | |
| Creditor #: 10 On Deck Capital Attn: Mgr., Agt or Officer 1400 Broadway, FL 25 New York, NY 10018 | - | | | | | | | | | |
| | | | | | Value $              0.00 | | | | 155,009.82 | 155,009.82 |
| Account No. | | | | | | | | | | |
| OnDeck Capital, Inc. Attn: Corp.Svc.Co., Reg.Agt. 2711 Centerville Road Suite 400 Wilmington, DE 19808 | | | | | Representing: On Deck Capital | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. xxx-xxxxxx6-000 | | | | | 1 Grasselli SL600 w/complete quick blade change SLI Q23Q09/221 | | | | | |
| Creditor #: 11 US Bank Equipment Finance Attn: Manager, Agt or Officer P.O. Box 790448 Saint Louis, MO 63179-0448 | - | | | | | | | | | |
| | | | | | Value $         25,000.00 | | | | 24,356.80 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  2   of  2   continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 179,366.62 | 155,009.82 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,520,637.67 | 636,003.65 |

B6E (Official Form 6E) (4/13)

In re   Wayco Ham Company                                           ,   Case No. _____

_____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    Wayco Ham Company                                              ,      Case No. _____
                                   **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | 2015 | | | | | |
| Creditor #: 1 Wayne Co. Tax Collector 224 E. Walnut Street Goldsboro, NC 27530 | - | | Ad valorem taxes | | | | | 16,000.00 |
| | | | | | | | 16,000.00 | 0.00 |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |

Sheet _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 16,000.00 | |
| --- | --- | --- | --- |
| | (Total of this page) | 16,000.00 | 0.00 |
| | Total | 16,000.00 | |
| | (Report on Summary of Schedules) | 16,000.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re   Wayco Ham Company
_____,   Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xW035 | | | | | | | |
| Creditor #: 1 Bartlett Milling Company Attn: Manager or Agent 1006 N. George St. Goldsboro, NC 27530 | - | | | | | | 867.30 |
| Account No. xxxx 5890 | | | | | | | |
| Creditor #: 2 BB&T Bankcard Services Attn: Jack Hayes P.O. Box 1847 Wilson, NC 27894 | - | | | | | | 3,229.13 |
| Account No. xxxx 8734 | | | | | | | |
| Creditor #: 3 BB&T Bankcard Services Attn: Jack Hayes P.O. Box 1847 Wilson, NC 27894 | - | | | | | | 4,169.63 |
| Account No. xxxx 6000 | | | | | | | |
| Creditor #: 4 BB&T Bankcard Services Attn: Jack Hayes P.O. Box 1847 Wilson, NC 27894 | - | | | | | | 22,261.61 |

__4__  continuation sheets attached

Subtotal
(Total of this page)                    30,527.67

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    S/N:26299-150709   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Wayco Ham Company                                    ,        Case No. _____
_____
                          **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| Creditor #: 5<br>Bridgefield Casualty<br>Attn:  Manager or Agent<br>P.O. Box 32034<br>Lakeland, FL 33802 | - | | | | | | 1,582.78 |
| **Account No.** | | | | | | | |
| Creditor #: 6<br>Cal-Clean<br>Attn:  Manager or Agent<br>P.O. Box 38935<br>Greensboro, NC 27438 | - | | | | | | 2,160.00 |
| **Account No.**  xay01 | | | | | | | |
| Creditor #: 7<br>Carolina Ingredients, Inc.<br>Attn:  Manager or Agent<br>1595 Cedar Line Drive<br>Rock Hill, SC 29730 | - | | | | | | 2,524.50 |
| **Account No.**  xxxx4971 | | | | | | | |
| Creditor #: 8<br>Deltacom<br>Attn:  Manager or Agent<br>P.O. Box 2252<br>Birmingham, AL 35246-1058 | - | | | | | | 232.64 |
| **Account No.**  1368 | | | | | | | |
| Creditor #: 9<br>Dillon Provision Co.<br>Attn:  Manager or Agent<br>P.O. Box 427<br>Dillon, SC 29536 | - | | | | | | 3,233.45 |

Husband, Wife, Joint, or Community

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            9,733.37

B6F (Official Form 6F) (12/07) - Cont.

In re   Wayco Ham Company _____,   Case No. _____
　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Creditor #: 10 E-Z Flow Septic Service Attn: Manager or Agent 294 Bennett Road Goldsboro, NC 27530 | - | | | | | | | 290.00 |
| Account No. | | | | | | | | |
| Creditor #: 11 Highland Containers, Inc. Attn: Manager or Agent P.O. Box 742859 Atlanta, GA 30374-2859 | - | | | | | | | 3,554.40 |
| Account No. | | | | | | | | |
| Creditor #: 12 Johnston County Hams Attn: Manager or Agent P.O. Box 489 Smithfield, NC 27577 | - | | | | | | | 7,689.50 |
| Account No. x6948 | | | | | | | | |
| Creditor #: 13 Masterman's LLP Attn: Manager or Agent P.O. Box 411 Auburn, MA 01501 | - | | | | | | | 2,261.35 |
| Account No. xxxx9605 | | | | | | | | |
| Creditor #: 14 Mega Force Staffing Attn: Manager or Agent P.O. Box 31351 Tampa, FL 33631 | - | | | | | | | 3,829.14 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,624.39

B6F (Official Form 6F) (12/07) - Cont.

In re    Wayco Ham Company                                    ,    Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx-xx2000 | | | Lease of 2013 Freightliner, VIN 1FVACWDT2DDFB9054 | | | | |
| Creditor #: 15 Ryder Transportation Services Attn: Manager or Agent P.O. Box 402366 Atlanta, GA 30384-2366 | - | | | | | | 6,012.05 |
| Account No. xxx-xxxxxxx8-000 | | | Lease of 2013 Freightliner, VIN1FVACWDT6DHBX2874 | | | | |
| Creditor #: 16 Salem Leasing Corp. Attn: Manager or Agent P.O. Box 890788 Charlotte, NC 28289-0788 | - | | | | | | 4,437.87 |
| Account No. | | | | | | | |
| Creditor #: 17 Tommy's Tubing & Stockinettes Attn: Manager or Agent 628 Wood Street Gibsonville, NC 27249 | - | | | | | | 3,223.50 |
| Account No. xx5850 | | | 335850 | | | | |
| Creditor #: 18 Unifirst Corp. Attn: Manager or Agent 800 South John Street Goldsboro, NC 27530 | - | | | | | | 805.62 |
| Account No. xxxxx4255 | | | | | | | |
| Creditor #: 19 UPS Attn: Manager or Agent P.O. Box 7247 Philadelphia, PA 19170-0244 | - | | | | | | 241.73 |

| | | |
|---|---|---|
| Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 14,720.77 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Wayco Ham Company                                    ,   Case No. _____
                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** xx5323 | | | | | | | | |
| Creditor #: 20<br>Valley Proteins, Inc.<br>Attn: Manager or Agent<br>P.O. Box 643393<br>Cincinnati, OH 45264 | | - | | | | | | 400.00 |
| **Account No.** xxxxxxxxxx0001 | | | | | | | | |
| Creditor #: 21<br>Verizon<br>Attn: Manager or Agent<br>P.O. Box 660108<br>Dallas, TX 75266 | | - | | | | | | 456.91 |
| **Account No.** | | | | | | | | |
| Creditor #: 22<br>Villari Food Group, LLC<br>Attn: Manager or Agent<br>P.O. Box 485<br>Warsaw, NC 28398 | | - | | | | | | 25,850.09 |
| **Account No.** | | | | Loan | | | | |
| Creditor #: 23<br>George A. Worrell, Jr.<br>805 E. Beech Street<br>Goldsboro, NC 27530 | | - | | | | | | 53,340.78 |
| **Account No.** | | | | Loan | | | | |
| Creditor #: 24<br>George A. Worrell, Sr.<br>3203 Evans Street<br>Morehead City, NC 28557 | | - | | | | | | 11,116.99 |

Sheet no. _4__ of _4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 91,164.77 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 163,770.97 |

B6G (Official Form 6G) (12/07)

In re   Wayco Ham Company                                        ,   Case No. _____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Fordham Home<br>Attn:  Linda Burroughs<br>412 N. William Street<br>Goldsboro, NC 27530 | 30+ year lease of home at 305 Park Avenue, Goldsboro, NC |
| Ryder Transportation Services<br>Attn:  Manager or Agent<br>P.O. Box 402366<br>Atlanta, GA 30384-2366 | Lease of 2013 Freightliner M2 106MD, VIN1FVACWDT2DDFB9054 |
| Salem Leasing Corp.<br>Attn:  Manager or Agent<br>P.O. Box 890788<br>Charlotte, NC 28289-0788 | Lease of 2013 Freightliner, VIN1FVACWDT6DHBX2874 |
| The Word Church<br>Attn:  Linda Burroughs<br>412 N. William Street<br>Goldsboro, NC 27530 | 30+ year lease of property located at 500 N. William Street, Goldsboro, NC |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    Wayco Ham Company                                  ,     Case No. _____

                                  Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| George A. Worrell, Sr. | CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 |
| George A. Worrell, Sr. | CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 |
| George A. Worrell, Sr. | CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 |
| Sally B. Worrell | CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 |
| Sally B. Worrell | CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 |
| Sally B. Worrell | CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 |
| Sally B. Worrell<br>3203 Evans Street<br>Morehead City, NC 28557 | CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 |
| George A. Worrell, Sr. | CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 |

  0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re    Wayco Ham Company                                            Case No. _____
                                          Debtor(s)          Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___22___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    July 27, 2015                          Signature    /s/ George A. Worrell, Jr.
                                                            George A. Worrell, Jr.
                                                            President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re    Wayco Ham Company                               Case No.

                              Debtor(s)             Chapter    11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,021,205.57 | 1/1/2015 to 7/27/2015 |
| $2,219,186.00 | 2014 |
| $2,918,634.00 | 2013 |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,365.00 | 1/1/2015 to 7/27/2015 - Rent |

B7 (Official Form 7) (04/13)

2

| AMOUNT | SOURCE |
|---|---|
| $2,340.00 | 2014 - Rent |
| $2,340.00 | 2013 - Rent |

---

### 3. Payments to creditors

None
■    *Complete a. or b., as appropriate, and c.*

   a.    *Individual or joint debtor(s) with primarily consumer debts:*   List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| BB&T Bankcard<br>P.O. Box 698<br>Wilson, NC 27894-0698 | various | $12,450.00 | $29,660.37 |
| Duke Energy<br>P.O. Box 1003<br>Charlotte, NC 28201-1003 | | $7,960.30 | $0.00 |
| Goodnight Bros.<br>P.O. Box 287<br>Boone, NC 28607 | 4/17/2015 | $15,890.27 | $0.00 |
| K&J Enterprise<br>Attn: Manager or Agent<br>1400 E. Geer Street<br>Durham, NC 27704 | | $9,743.26 | $1,198.82 |
| Mega Force Staffing<br>Attn: Manager or Agent<br>P.O. Box 31351<br>Tampa, FL 33631 | various | $7,051.63 | $3,087.70 |
| On Deck Capital<br>Attn: Mgr., Agt or Officer<br>1400 Broadway, FL 25<br>New York, NY 10018 | various | $52,547.48 | $155,009.82 |
| Salem Leasing Corp.<br>Attn: Manager or Agent<br>P.O. Box 890788<br>Charlotte, NC 28289-0788 | various | $6,316.16 | $3,069.81 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)  3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Villari Food Group, LLC<br>Attn: Manager or Agent<br>P.O. Box 485<br>Warsaw, NC 28398 | various | $118,875.00 | $25,850.09 |
| Wilson Packaging Co.<br>Attn: Manager or Agent<br>P.O. Box 3852<br>Wilson, NC 27893 | | $8,682.87 | $0.00 |

None ■  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| In the Matter of the Foreclosure of the Deed of Trust executed by George A. Worrell, Sr. and Sally B. Worrell, wife, recorded on 7/26/2011, Bk 5576, Pg 1489, New Hanover County Registry, and a Deed of Trust executed by George A. Worrell, Sr. (a/k/a Tony Worrell) and Sally B. Worrell, wife, recorded on 3/29/2012, Bk 5628, Pg 2759, New Hanover Co. Registry, by Lonnie B. Williams, Jr., appointed Sub.Trustee by instrument recorded on 3/4/15, Bk 5871, Pg 2949, New Hanover County Registry 15 SP 137 | Foreclosure | New Hanover County | Pending |
| In the Matter of the Foreclosure of a Deed of Trust Executed by Wayco Ham Company Recorded on 8/1/2002 in Bk 1966, Pg 855, Wayne County Registry, and a Deed of Trust Executed by Wayco Ham Company recorded on 3/29/12 in Bk 2918, Pg 529, Wayne County Registry, by George L. Jenkins, Jr., Appointed Substitute Trustee by Instrument Recorded on 5/22/15 in Bk 3157, at Pg 455, Wayne County Registry, 15 SP 235 | Foreclosure action | Wayne County | Pending |

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 | June, 2015 | 2005 Mercedes-Benz CLK500C, VIN endoing in 60552 - $14,500.00 |

B7 (Official Form 7) (04/13)                                                                                                              4

---

**5.  Repossessions, foreclosures and returns**

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■      returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
       or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF | DATE OF REPOSSESSION, | DESCRIPTION AND VALUE OF |
| CREDITOR OR SELLER | FORECLOSURE SALE, | PROPERTY |
| | TRANSFER OR RETURN | |

---

**6.  Assignments and receiverships**

None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■      this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
       joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF | TERMS OF ASSIGNMENT OR SETTLEMENT |
| | ASSIGNMENT | |

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS | NAME AND LOCATION | DATE OF | DESCRIPTION AND VALUE OF |
| OF CUSTODIAN | OF COURT | ORDER | PROPERTY |
| | CASE TITLE & NUMBER | | |

---

**7.  Gifts**

None   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■      and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
       aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF | RELATIONSHIP TO | | DESCRIPTION AND |
| PERSON OR ORGANIZATION | DEBTOR, IF ANY | DATE OF GIFT | VALUE OF GIFT |

---

**8.  Losses**

None   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■      **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
       spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE | DESCRIPTION OF CIRCUMSTANCES AND, IF | |
| OF PROPERTY | LOSS WAS COVERED IN WHOLE OR IN PART | |
| | BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |

---

**9.  Payments related to debt counseling or bankruptcy**

None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
□      concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
       preceding the commencement of this case.

| NAME AND ADDRESS | DATE OF PAYMENT, | AMOUNT OF MONEY |
| OF PAYEE | NAME OF PAYER IF OTHER | OR DESCRIPTION AND VALUE |
| | THAN DEBTOR | OF PROPERTY |

---

B7 (Official Form 7) (04/13)                                                                                                         5

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
| --- | --- | --- |
| Stubbs & Perdue, P.A.<br>310 Craven Street<br>PO Box 1654<br>New Bern, NC 28563-1654 | 7/27/2015<br><br>*See additional information contained in<br>the Affidavit attached to the Application for<br>Employment of Attorney for the Debtor | $30,000.00 |

---

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
| --- | --- | --- |
| Jackson Motor Sales<br>409 N. William Street<br>Goldsboro, NC 27530 | 4.29/2015 | 2004 Chevrolet Blazer, VIN ending in 54543 - $800 |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
| --- | --- | --- |

---

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
| --- | --- | --- |

---

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                                                 6

---

**14. Property held for another person**

None
☐          List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Steven's Sausage Co.<br>ATTN: Managing Agent<br>3411 Steven Sausage Road<br>Smithfield, NC 27577 | Hams in cure - $20,621.52 | 508 N. William Street, Goldsboro, NC |
| Goodnight Bros.<br>P.O. Box 287<br>Boone, NC 28607 | Hams in cure - $86,161.00 | 508 N. William Street, Goldsboro, NC |

---

**15. Prior address of debtor**

None
■          If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

ADDRESS                                          NAME USED                                          DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■          If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■          a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■          b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■          c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

---

B7 (Official Form 7) (04/13)                                                                                                         7

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Tony Worrell and George Worrell | |
| Charles Price, CPA P.O. Drawer 1498 Goldsboro, NC 27533 | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                                    8

| NAME | ADDRESS |
|---|---|
| Tony Worrell | |
| Charles Price, CPA | P.O. Drawer 1498<br>Goldsboro, NC 27533 |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| BB&T | |
| CFS-4 I, LLC<br>c/o Midwest Servicing, Inc.<br>Attn.: Manager or Agent<br>230 CrossKeys Office Park<br>Fairport, NY 14450 | |

---

**20. Inventories**

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 7/22/2015 | George A. Worrell, Jr. | $280,873.23 - cost basis |
| 6/30/2015 | George A. Worrell, Jr. | $275,626.75 - cost basis |

None ☐   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 7/22/2015 | George A. Worrell, Jr. |
| 6/30/2015 | George A. Worrell, Jr. |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| George A. Worrell, Jr.<br>805 E. Beech Street<br>Goldsboro, NC 27530 | President, Director | |
| George A. Worrell, Sr.<br>3203 Evans Street<br>Morehead City, NC 28557 | Shareholder, Treasurer, Director | 61 shares or 18% of company |

B7 (Official Form 7) (04/13)                                                                                                              9

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Sally Worrell<br>3203 Evans Street<br>Morehead City, NC 28557 | Secretary, Director | |
| W.W. Worrell Trust<br>P.O. Box 841<br>Goldsboro, NC 27533 | Shareholder | 227 shares or 66% of company |
| M.D. Worrell<br>P.O. Box 841<br>Goldsboro, NC 27533 | Shareholder | 54 shares or 16% of company |

---

**22 . Former partners, officers, directors and shareholders**

None
■　a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■　b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐　If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| George A. Worrell, Jr.<br><br>President | Compensation from July 14, 2014 to July 27, 2015 | $77,250.00 |
| George A. Worrell, Sr.<br><br>Treasurer | Compensation from July 14, 2014 to July 27, 2015 | $19,750.00 |
| Sally B. Worrell<br><br>Secretary | Compensation from July 14, 2014 to July 27, 2015 | $6,500.00 |

---

**24. Tax Consolidation Group.**

None
■　If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■　If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                   10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   July 27, 2015                           Signature   /s/ George A. Worrell, Jr.

                                                               George A. Worrell, Jr.

                                                               President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re    Wayco Ham Company                                              ,     Case No. _____

                                        Debtor

                                                              Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Waitus W. Worrell Trust<br>P.O. Box 841<br>Goldsboro, NC 27533 | Common stock | 227 shares | Shareholder |
| M.D. Worrell<br>P.O. Box 841<br>Goldsboro, NC 27533 | Common stock | 54 shares | Shareholder |
| George A. Worrell, Sr.<br>3203 Evans Street<br>Morehead City, NC 28557 | Common stock | 61 shares | Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___July 27, 2015_____          Signature  /s/ George A. Worrell, Jr._____
                                                        George A. Worrell, Jr.
                                                        President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___0___  continuation sheets attached to List of Equity Security Holders

WAYCO HAM COMPANY
P.O. BOX 841
GOLDSBORO, NC 27530

TRAWICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

SECURITIES & EXCHANGE COM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 1168
RALEIGH, NC 27602

EMPLOYMENT SECURITY COM.
ATTN: MANAGING AGENT
PO BOX 26504
RALEIGH, NC 27611-6504

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
ALAMANCE BLDG MAIL STOP 24
4905 KOGER BLVD
GREENSBORO, NC 27407-2734

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

ALLY
ATTN:  MANAGER OR AGENT
P.O. BOX 9001048
LOUISVILLE, KY 40290-1948

BARTLETT MILLING COMPANY
ATTN:  MANAGER OR AGENT
1006 N. GEORGE ST.
GOLDSBORO, NC 27530

BB&T BANKCARD SERVICES
ATTN:  JACK HAYES
P.O. BOX 1847
WILSON, NC 27894

BRIDGEFIELD CASUALTY
ATTN:  MANAGER OR AGENT
P.O. BOX 32034
LAKELAND, FL 33802

CAL-CLEAN
ATTN:  MANAGER OR AGENT
P.O. BOX 38935
GREENSBORO, NC 27438

CAROLINA INGREDIENTS, INC.
ATTN:  MANAGER OR AGENT
1595 CEDAR LINE DRIVE
ROCK HILL, SC 29730

CFS-4 I, LLC
C/O MIDWEST SERVICING, INC.
ATTN.: MANAGER OR AGENT
230 CROSSKEYS OFFICE PARK
FAIRPORT, NY 14450

DELTACOM
ATTN:  MANAGER OR AGENT
P.O. BOX 2252
BIRMINGHAM, AL 35246-1058

DILLON PROVISION CO.
ATTN:  MANAGER OR AGENT
P.O. BOX 427
DILLON, SC 29536

E-Z FLOW SEPTIC SERVICE
ATTN:  MANAGER OR AGENT
294 BENNETT ROAD
GOLDSBORO, NC 27530

FORDHAM HOME
ATTN:  LINDA BURROUGHS
412 N. WILLIAM STREET
GOLDSBORO, NC 27530

HIGHLAND CONTAINERS, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 742859
ATLANTA, GA 30374-2859

JOHNSTON COUNTY HAMS
ATTN:  MANAGER OR AGENT
P.O. BOX 489
SMITHFIELD, NC 27577

MASTERMAN'S LLP
ATTN:  MANAGER OR AGENT
P.O. BOX 411
AUBURN, MA 01501

MEGA FORCE STAFFING
ATTN:  MANAGER OR AGENT
P.O. BOX 31351
TAMPA, FL 33631

MULTIVAC, INC.
ATTN:  MANAGER OR AGENT
11021 NW POMONA AVENUE
KANSAS CITY, MO 64153

NMHG FINANCIAL SVC.
ATTN:  MANAGER OR AGENT
P.O. BOX 35701
BILLINGS, MT 59107-5701

ON DECK CAPITAL
ATTN: MGR., AGT OR OFFICER
1400 BROADWAY, FL 25
NEW YORK, NY 10018

ONDECK CAPITAL, INC.
ATTN: CORP.SVC.CO., REG.AGT.
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON, DE 19808

RYDER TRANSPORTATION SERV
ATTN: MANAGER OR AGENT
P.O. BOX 402366
ATLANTA, GA 30384-2366

SALEM LEASING CORP.
ATTN: MANAGER OR AGENT
P.O. BOX 890788
CHARLOTTE, NC 28289-0788

THE WORD CHURCH
ATTN: LINDA BURROUGHS
412 N. WILLIAM STREET
GOLDSBORO, NC 27530

TOMMY'S TUBING & STOCKINET
ATTN: MANAGER OR AGENT
628 WOOD STREET
GIBSONVILLE, NC 27249

UNIFIRST CORP.
ATTN: MANAGER OR AGENT
800 SOUTH JOHN STREET
GOLDSBORO, NC 27530

UPS
ATTN: MANAGER OR AGENT
P.O. BOX 7247
PHILADELPHIA, PA 19170-0244

US BANK EQUIPMENT FINANCE
ATTN: MANAGER, AGT OR OFFI
P.O. BOX 790448
SAINT LOUIS, MO 63179-0448

VALLEY PROTEINS, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 643393
CINCINNATI, OH 45264

VERIZON
ATTN: MANAGER OR AGENT
P.O. BOX 660108
DALLAS, TX 75266

VILLARI FOOD GROUP, LLC
ATTN: MANAGER OR AGENT
P.O. BOX 485
WARSAW, NC 28398

WAITUS W. WORRELL TRUST
P.O. BOX 841
GOLDSBORO, NC 27533

WAYNE CO. TAX COLLECTOR
224 E. WALNUT STREET
GOLDSBORO, NC 27530

WILLIAMS MULLEN
ATTN: KELLY C. HANLEY
300 NORTH THIRD STREET
SUITE 420
WILMINGTON, NC 28401

GEORGE A. WORRELL, JR.
805 E. BEECH STREET
GOLDSBORO, NC 27530

M.D. WORRELL
P.O. BOX 841
GOLDSBORO, NC 27533

SALLY B. WORRELL
3203 EVANS STREET
MOREHEAD CITY, NC 28557

GEORGE A. WORRELL, SR.
3203 EVANS STREET
MOREHEAD CITY, NC 28557

# United States Bankruptcy Court
### Eastern District of North Carolina - New Bern Division

In re   Wayco Ham Company               Case No. _____

                    Debtor(s)      Chapter    11 _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   July 27, 2015 _____       /s/ George A. Worrell, Jr. _____

                                  George A. Worrell, Jr./President
                                  Signer/Title